## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.    20-cr-00056-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC BRANDT,

    Defendant.

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about December 9, 2019, in the State and District of Colorado, the defendant, ERIC BRANDT, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

1

Ink signature on file in the Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

By:  */s Julia Martinez*
Julia Martinez
Andrea Surratt
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: julia.martinez@usdoj.gov
Attorneys for Government