| | |
|---|---|
| DEFENDANT: | Eric Brandt |
| AGE/YOB: | **1971 / AGE  48** |
| COMPLAINT FILED? | _____ Yes     \_\_\_x\_\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   \_x\_ No | |
| If No, a new warrant is required | |
| OFFENSE(S): | Count One: 18 U.S.C. § 875(c) |
| LOCATION OF OFFENSE: | Colorado |
| PENALTY: | Count One: NMT 5 years' imprisonment; NMT $250,000 fine; NMT 3 years SR; $100 SA |
| AGENT: | Task Force Officer Jeffrey Hirsch<br>FBI |
| AUTHORIZED BY: | Julia Martinez<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x\_  five days or less; \_\_\_ over five days

THE GOVERNMENT

 x\_  will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:      \_ Yes X\_ No