AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 20-cr-00056-DDD |
|  | ) |
| 1. ERIC BRANDT | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ERIC BRANDT,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Interstate communications containing a threat in violation of 18 U.S.C. § 875(c)

Date:    02/20/2020                                                            s/A. Thomas, Deputy Clerk
                                                                           *Issuing officer's signature*

City and state:    Denver, Colorado                                Jeffrey P. Colwell, Clerk of Court
                                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                           *Arresting officer's signature*

                                                                           *Printed name and title*