**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-00056-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ERIC BRANDT,

    Defendant.

---

### GOVERNMENT'S MOTION TO UNRESTRICT INDICTMENT AND CASE

---

The United States of America, by and through Julia Martinez, Assistant United States Attorney, hereby respectfully moves the Court, to unrestrict the Indictment and the underlying case.

In support of the request, the Government states as follows:

1. On February 20, 2020, an Indictment was returned against the Defendant in the above-captioned case.   By operation of local rule D.C.Colo.LCrR 47.1(f)(2)(c) and (g)(1), the Indictment [#1] and related arrest warrant were restricted to Level 3.   The entire case also remains restricted.   Such restriction generally serves the purpose of preventing defendants from fleeing from law enforcement and thus thwarting arrest.

2. The defendant is currently in state custody in Colorado and has a number of pending state criminal cases.   A federal detainer has been lodged, and the

government will secure the Defendant's presence in federal court on the charges in this case at an appropriate time, while making every effort to not disrupt prior pending cases.

3. Accordingly, there is no need or justification for this matter to remain restricted.

WHEREFORE, the Government respectfully requests that the Indictment and the entire case be unrestricted.

Respectfully submitted this 3rd day of March, 2020.

JASON R. DUNN
United States Attorney

By:   *s/Julia Martinez*
Julia Martinez
Assistant United States Attorney
1801 California Street, #1600
Denver, Colorado   80202
Phone: 303-454-0100
Fax: 303-454-0401
E-mail: Julia.Martinez@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION TO UNRESTRICT INDICTMENT AND CASE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Portia Peter*
Portia Peter
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202