## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00056-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ERIC BRANDT,

    Defendant.

---

### GOVERNMENT'S MOTION TO UNRESTRICT INDICTMENT AND CASE

---

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED as follows:

The Indictment and the entire case be unrestricted.

Dated this _____ day of _____, 2020.

                BY THE COURT:

                _____
                THE HON. DANIEL D. DOMENICO
                UNITED STATES JUDGE
                DISTRICT OF COLORADO