**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  20-cr-00056-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ERIC BRANDT,

    Defendant.

---

**GOVERNMENT'S MOTION FOR VOLUNTARY DISMISSAL**

---

The United States of America hereby moves to voluntarily dismiss the Indictment in the above-captioned matter pursuant to Federal Rule of Criminal Procedure 48(a).

Rule 48(a) provides in relevant part: "[T]he United States attorney may by leave of court file a dismissal of an indictment, information or complaint and the prosecution shall thereupon terminate. Such a dismissal may not be filed during the trial without the consent of the defendant."   While the government is required to obtain leave of the court, the "court is generally required to grant [the] Rule 48(a) motion to dismiss unless dismissal is clearly contrary to manifest public interest."   *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).   Other courts have observed that such a motion is clearly contrary to public interest only if the government acted in bad faith.   *See, e.g.*, *United States v. Goodson*, 204 F.3d 508, 512 (4th Cir. 2000).   The government must, however, provide the court with reasons for seeking dismissal.   *United States v. Derr*, 726 F.2d 617, 619 (10th Cir. 2000).

The present Indictment was returned on February 20, 2020.  Since that time, the defendant has been in state custody in Colorado.  He has not made an initial appearance or been arraigned on his federal charge.  The defendant is presently serving a sentence on a recent state conviction and has multiple pending state criminal cases and many court hearings set in multiple Colorado jurisdictions over the next two months.  The defendant recently conveyed to the government, through an attorney representing him in one of his state cases,[1]  his desire to be arraigned promptly on his federal charge.  Satisfying the defendant's request and bringing him into federal custody at this time is not in the public interest because of the potential disruption to state prosecutions and because it would necessitate additional shuttling between courts and facilities during the ongoing COVID-19 pandemic.  Dismissal of the Indictment, under the circumstances of this particular case, will better serve the public interest than proceeding with the federal prosecution at this time.

Accordingly, the Government respectfully requests that the Court dismiss the Indictment in this case without prejudice.

---

[1] The attorney noted that he does not represent the defendant in this matter.

Respectfully submitted this 9th day of April, 2020.

                    JASON R. DUNN
                    United States Attorney

                    By:   *s/Julia Martinez*
                    Julia Martinez
                    Andrea Surratt
                    Assistant United States Attorneys
                    1801 California Street, #1600
                    Denver, Colorado  80202
                    Phone: 303-454-0100
                    Fax: 303-454-0401
                    E-mail: Julia.Martinez@usdoj.gov
                    Attorneys for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of April, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                       *s/ Portia Peter*_____
                                       Portia Peter
                                       Legal Assistant
                                       United States Attorney's Office
                                       1801 California Street, Suite 1600
                                       Denver, CO 80202