IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00056-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ERIC BRANDT,

    Defendant.

**ORDER DISMISSING INDICTMENT**

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED as follows:

The Indictment in this case is dismissed without prejudice.

Dated this _____ day of _____, 2020.

BY THE COURT:

_____
DANIEL D. DOMENICO
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO