# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
### Judge Daniel D. Domenico

Case No. 1:20-cr-00056-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ERIC BRANDT,

      Defendant.

---

## ORDER DISMISSING INDICTMENT

---

Before the Court is the government's motion (Doc. 6) to dismiss the Indictment (Doc. 1) pursuant to Federal Rule of Civil Procedure 48. *See United States v. Carrigan*, 778 F.2d 1454, 1463 (10th Cir. 1985) ("A court is generally required to grant a prosecutor's Rule 48(a) motion to dismiss unless dismissal is clearly contrary to manifest public interest." (quotation omitted)). The government represents that Defendant has been indicted in several state-court proceedings and that prosecuting this case will disrupt the state proceedings. Good cause being shown, the motion (Doc. 6) is **GRANTED**. This case shall be closed. All pending settings, including trial and trial preparation conference are **VACATED**.

DATED: April 10, 2020.

BY THE COURT:

_____ Daniel D. Domenico
United States District Judge